Kevin H. Marino
John A. Boyle
Erez J. Davy
**MARINO, TORTORELLA & BOYLE, P.C.**
437 Southern Boulevard
Chatham, NJ 07928-1488
(973) 824-9300
*Attorneys for Plaintiff*
*Jett Elad*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JETT ELAD,**<br><br>            **Plaintiff,**<br><br>**vs.**<br><br>**NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,**<br><br>            **Defendant.** | **Civil Action No. _____**<br><br>**NOTICE OF EMERGENT APPLICATION FOR AN ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT ENTER A TEMPORARY RESTRAINING ORDER AND ISSUE A PRELIMINARY INJUNCTION ENJOINING THE NCAA FROM ENFORCING ITS ELIGIBILITY RULES AS APPLIED TO PLAINTIFF BASED ON HIS TIME SPENT AT A JUNIOR COLLEGE**<br><br><u>**Oral Argument Requested**</u><br><br>**Return Date: to be determined**<br><br>*(Document filed electronically)* |

PLEASE TAKE NOTICE that at a date and time to be set by the Court, pursuant to Federal Rule of Civil Procedure 65 and Local Rule 65.1, Plaintiff, Jett Elad ("Plaintiff"), through his attorneys, Marino, Tortorella & Boyle, P.C. (Kevin H. Marino, Esq., appearing), will request that a United States District Judge for the

District of New Jersey enter an Order requiring Defendant National Collegiate Athletic Association (the "NCAA") to show cause why the Court should not issue a temporary restraining order ("TRO") and grant a preliminary injunction enjoining the NCAA (a) from enforcing the five-year rule (the "Five-Year Rule") codified in section 12.8.1 of the NCAA Division I 2024-25 Manual ("Bylaws") as it applies to Plaintiff's time spent at a junior college; (b) to immediately grant Rutgers University ("Rutgers") and/or Elad a waiver of any NCAA eligibility rule that would preclude Elad from engaging in intercollegiate competition in the 2025-26 season based on his time spent at a junior college; (c) to declare Elad eligible to play for Rutgers during the 2025-26 season; and (d) from enforcing the Rule of Restitution (Bylaws § 12.11.4.2) against Elad or Rutgers in connection with Elad's reliance on any order entered in this action granting him injunctive relief for purposes of engaging in intercollegiate competition.

**PLEASE TAKE FURTHER NOTICE** that in support of its Application and the Order to Show Cause, Plaintiff will rely on its Verified Complaint filed against Defendant, the Declaration of Kevin H. Marino, and the Memorandum of Law submitted herewith.  A proposed form of Order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff respectfully requests

oral argument on this application and the Order to Show Cause.

Dated: March 20, 2025
        Chatham, New Jersey          Respectfully submitted,

                                BY:  _____

                                     Kevin H. Marino
                                     John A. Boyle
                                     Erez J. Davy
                                     MARINO, TORTORELLA & BOYLE, P.C.
                                     437 Southern Boulevard
                                     Chatham, New Jersey 07928-1488
                                     *Attorneys for Plaintiff*
                                     *Jett Elad*