**MARINO, TORTORELLA & BOYLE, P.C.**
ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
———
ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
MICHAEL J. FLYNN

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 307-3700
FAX (212) 542-3790
e-mail: kmarino@khmarino.com
*OF COUNSEL

April 7, 2025

**VIA ECF**

Honorable Zahid N. Quraishi, U.S.D.J.
United States District Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

    Re:    *Jett Elad v. National Collegiate Athletic Associate*,
             Case No. 3:25-cv-01981-ZNQ-JTQ

Dear Judge Quraishi:

    Pursuant to the Text Order entered by the Court on March 31, 2025 (ECF No. 9), below is Plaintiff's proposed schedule/structure for the hearing on April 16, 2025. We have provided this proposal to the NCAA, but they wish to review our submission filed on April 4, 2025 over the weekend before agreeing to it.

**Proposed Schedule/Structure for Hearing:**

- The parties will both submit their hearing exhibits on April 11, 2025. They currently plan to submit one binder of joint exhibits unless the total size of the exhibits makes doing so impractical. In all events, they will also provide their exhibits electronically.

- Each party will present an opening statement of approximately 15 minutes and a closing argument of similar length. Plaintiff will present its proofs first, followed by Defendant.

- The parties will both treat their experts' declarations as their direct testimony, will call their experts as live witnesses at the hearing for cross examination on those declarations, and will conduct any redirect examination live. Plaintiff and Defendant anticipate that the cross-examination of each expert will be no longer than one hour.

- In addition to his expert, Plaintiff will call a coach to testify and will testify himself. Plaintiff will advise the Court by April 11 if he wishes to call additional witnesses after reviewing Defendant's April 9 sur-reply submission.

- Defendant will only call its expert as a live witness, subject to calling additional witnesses based on Plaintiff's submission. Defendant will advise the Court by April 11 if it wishes to call additional witnesses after reviewing Plaintiff's April 4 reply submission.

- Plaintiff anticipates that his direct examination and that of the coach will each be approximately 15 minutes long. Defendants anticipate that the cross-examination of

MARINO, TORTORELLA & BOYLE, P.C.
ATTORNEYS AT LAW

Honorable Zahid N. Quraishi, U.S.D.J.
April 7, 2025 – Page 2

each of these witnesses will be no longer than 30 minutes. When convenient for your Honor, there will be a 30-minute lunch break and such other breaks as the Court directs.

Thank you for your consideration of this submission.

Respectfully submitted,

Kevin H. Marino

cc: Duvol M. Thompson, Esq.
Kenneth L. Racowski, Esq.

**The Court set a deadline of April 4, 2025 for the parties to submit a proposed schedule. That deadline has elapsed without a proposal from Defendant NCAA. The Court therefore Orders Plaintiff Elad's proposed schedule for the hearing.**

**So Ordered this 8th day of April 2025.**

ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE