# MARINO, TORTORELLA & BOYLE, P.C.

ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
―――――
ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
MICHAEL J. FLYNN

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 307-3700
FAX (212) 542-3790
e-mail: kmarino@khmarino.com
*OF COUNSEL

April 18, 2025

**VIA ECF**

Honorable Zahid N. Quraishi, U.S.D.J.
United States District Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

      Re:    *Jett Elad v. National Collegiate Athletic Association*,
               Case No. 3:25-cv-01981-ZNQ-JTQ

Dear Judge Quraishi:

      Enclosed is a proposed Consent Order Extending Temporary Restraining Order. All parties consent to the entry of this proposed Order. If the proposed Consent Order is acceptable, we respectfully request that your Honor enter it.

      Thank you for your consideration of this submission.

                              Respectfully submitted,

                              Kevin H. Marino

Enclosure
cc:  Duvol M. Thompson, Esq.
      Kenneth L. Racowski, Esq.