UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**JETT ELAD**,

          Plaintiff,

          v.

**NATIONAL COLLEGIATE ATHLETIC ASSOCIATION**,

          Defendant.

Civil Action No. 25-1981 (ZNQ) (JTQ)

**ORDER**

**QURAISHI, District Judge**

    **THIS MATTER** comes before the Court upon an Emergent Application for Order to Show Cause filed by Plaintiff Jett Elad ("Elad") that seeks a preliminary injunction. ("Motion", ECF No. 1-3.) For the reasons set forth in the accompanying Opinion,

    **IT IS** on this **25th** day of **April 2025**,

    **ORDERED** that the Motion (ECF No. 1-3) is hereby **GRANTED**; it is further

    **ORDERED** that the NCAA is hereby **ENJOINED** from enforcing the Five-Year Rule as it applies to Elad's time at a junior college; it is further

    **ORDERED** that the NCAA immediately grant Rutgers University and/or Elad a waiver of any NCAA eligibility rule that would preclude Elad from engaging in intercollegiate competition in the 2025–26 season based on his time spent at a junior college; it is further

    **ORDERED** that the NCAA declare Elad eligible to play for Rutgers during the 2025–26 season; it is further

**ORDERED** that that the NCAA is **ENJOINED** from enforcing its Rule of Restitution (Bylaw § 12.11.4.2) against Elad or Rutgers for complying with, and relying on, the Order that will accompany this opinion; it is further

**ORDERED** that no security will be required; and it is further

**ORDERED** that with the Court's determination as to the preliminary injunction, the parties are instructed to meet and confer and file by **May 2, 2025** a proposed schedule for the NCAA to respond to the Verified Complaint.

s/ Zahid N. Quraishi<br>
**ZAHID N. QURAISHI**<br>
**UNITED STATES DISTRICT JUDGE**