**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **JETT ELAD,** | **Case No.  3:25-cv-01981** |
| **Plaintiff,** | **Hon. Zahid Quraishi** |
| **v.** | **Consent Order for Defendant's Deadline to Respond to the Complaint** |
| **NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,** | |
| **Defendant.** | |

WHEREAS, on April 25, 2025, the Court granted the Emergent Application for Order to Show Cause submitted by Plaintiff Jet Elad ("Elad") which sought a preliminary injunction against Defendant National Collegiate Athletic Association ("NCAA") (ECF 30).

WHEREAS, the Court instructed the Parties "to meet and confer and file by May 2, 2025 a proposed schedule for the NCAA to respond to the Verified Complaint."

WHEREAS, the Parties conferred and agreed that the NCAA may have until June 6, 2025 to respond to the Verified Complaint (ECF 1).

NOW THEREFORE IT IS ORDERED, Defendant NCAA shall respond to

the Verified Complaint (ECF 1) on or before June 6, 2025.

Dated: May __, 2025

_____

HON. ZAHID N. QURAISHI, U.S.D.J.

**AGREED AS TO FORM AND SUBSTANCE:**

| | |
|---|---|
| */s/ Kevin H. Marino* | */s/ Kenneth L. Racowski* |
| Kevin H. Marino | Kenneth L. Racowski |
| John A. Boyle | Duvol M. Thompson |
| Erez J. Davy | Kathleen Princivalle |
| **MARINO, TORTORELLA & BOYLE, P.C.** | **HOLLAND & KNIGHT LLP** |
| 437 Southern Boulevard | 1650 Market Street, 3300 |
| Chatham, NJ 07928-1488 | Philadelphia, PA 19103 |
| (973) 824-9300 | (215) 252-9580 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |