# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JETT ELAD,** | Case No. 3:25-cv-01981 |
| **Plaintiff,** | Hon. Zahid Quraishi |
| v. | Notice of Appeal to the U.S. Court of Appeals for the Third Circuit |
| **NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,** | |
| **Defendant.** | |

Notice is hereby given that the National Collegiate Athletic Association ("NCAA") appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [X] Order, [ ] Other of the United States District Court of New Jersey, entered in this action on April 25, 2025 (ECFs 29–30, Order Granting Plaintiff's Preliminary Injunction Against the NCAA and Accompanying Opinion).

Dated: May 2, 2025

**HOLLAND & KNIGHT LLP**

*/s/ Kenneth L Racowski*

_____

Kenneth L Racowski (NJ 043492002) Kathleen Princivalle (NJ 397722022) 1650 Market Street, Suite 3300 Philadelphia, PA 19103
T: 215-252-9589
kenneth.racowski@hklaw.com
kathleen.princivalle@hklaw.com

Duvol M. Thompson (NJ 041242010)
787 Seventh Ave., 31st Fl
New York, New York 10019
T: 212-513-3263
duvol.thompson@hklaw.com

*Counsel for Defendant National Collegiate Athletic Association*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2025, I electronically filed **Defendant National Collegiate Athletic Association's Notice of Appeal** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties and counsel of record.

Dated:  May 2, 2025                                  */s/ Kenneth L. Racowski*

*Counsel for National Collegiate Athletic Association*