# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JETT ELAD,**<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,**<br><br>　　　　Defendant. | Case 3:25-cv-01981-ZNQ-JTQ<br><br>Hon. Zahid N. Quraishi, U.S.D.J.<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The undersigned attorneys for Plaintiff, Jett Elad, and Defendant, the National Collegiate Athletic Association, stipulate that this action be and hereby is dismissed with prejudice and without attorneys' fees or costs.

Dated:  December 4, 2025

| | |
|---|---|
| *[signature]* | *[signature]* |
| Kevin H. Marino | Kenneth L. Racowski |
| John A. Boyle | Duvol M. Thompson |
| Erez J. Davy | Kathleen Princivalle |
| **MARINO, TORTORELLA & BOYLE, P.C.** | **HOLLAND & KNIGHT LLP** |
| 437 Southern Boulevard | 787 Seventh Ave., 31st Fl. |
| Chatham, NJ 07928-1488 | New York, NY 10019 |
| Tel: (973) 824-9300 | Tel: (212) 513-3263 |
| | |
| *Attorneys for Plaintiff*<br>*Jett Elad* | *Attorneys for Defendant*<br>*National Collegiate Athletic Association* |