# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **JETT ELAD,** | Case 3:25-cv-01981-ZNQ-JTQ |
| **Plaintiff,** | Hon. Zahid N. Quraishi, U.S.D.J. |
| **vs.** | |
| **NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,** | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| **Defendant.** | |

The undersigned attorneys for Plaintiff, Jett Elad, and Defendant, the National Collegiate Athletic Association, stipulate that this action be and hereby is dismissed with prejudice and without attorneys' fees or costs.

Dated:  December 4, 2025

Kevin H. Marino
John A. Boyle
Erez J. Davy
**MARINO, TORTORELLA & BOYLE, P.C.**
437 Southern Boulevard
Chatham, NJ 07928-1488
Tel: (973) 824-9300

*Attorneys for Plaintiff*
*Jett Elad*

Kenneth L. Racowski
Duvol M. Thompson
Kathleen Princivalle
**HOLLAND & KNIGHT LLP**
787 Seventh Ave., 31st Fl.
New York, NY 10019
Tel: (212) 513-3263

*Attorneys for Defendant*
*National Collegiate Athletic Association*

**SO ORDERED** this **8th** day of **DECEMBER 2025**.

*s/ Zahid N. Quraishi*
**HON. ZAHID N. QURAISHI**
**UNITED STATES DISTRICT COURT**